■ In the Matter of MICHAEL F. RAMSEY, Petitioner, v WILLIAM E. PHILLIPS, Respondent. [782 NYS2d 373]—Proceeding pursuant to CPLR article 78 to review a determination of the Superintendent of the Green Haven Correctional Facility, dated August 19, 2003, which affirmed a determination of a Hearing Officer dated July 28, 2003, made after a Tier II disciplinary hearing, finding the petitioner guilty of violating prison rules and imposing a penalty.

Adjudged that the determination is confirmed and the proceeding is dismissed on the merits, without costs or disbursements.

"In reviewing a prison disciplinary determination, the court's inquiry is limited to deciding whether the determination was supported by substantial evidence" (*Matter of Glover v Goord,* 262 AD2d 483, 484 [1999]; *see People ex rel. Vega v Smith,* 66 NY2d 130 [1985]). "[S]ubstantial evidence 'means such relevant proof as a reasonable mind may accept as adequate to support a conclusion or ultimate fact' " (*People ex rel. Vega v Smith, supra* at 139, quoting *300 Gramatan Ave. Assoc. v State Div. of Human Rights,* 45 NY2d 176, 180 [1978]). Here, a review of the record reveals that there was substantial evidence to support the respondent's determination that the petitioner violated prison rules (*see Matter of Foster v Coughlin,* 76 NY2d 964 [1990]; *Matter of Perez v Wilmot,* 67 NY2d 615 [1986]; *see also, Matter of McIntosh v Coughlin,* 155 AD2d 762 [1989]). Accord-

ingly, we confirm the determination. Santucci, J.P., Luciano, Schmidt and Skelos, JJ., concur.